**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**
_____

No. 00-40310
Summary Calendar
_____

JOHN DILLINGHAM, III; RICHARD M VICK, Individually and doing
business as Bulldog Co, a partnership, d/b/a Bulldog Company,

Plaintiffs-Appellants,

VERSUS

MOTOR TRUCK EQUIPMENT CO,

Defendant-Appellee.
_____

Appeal from the United States District Court for the Eastern
District of Texas
(6:99-CV-358)
_____
August 4, 2000

Before JOLLY, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]


We affirm the judgment of the district court for essentially
those reasons enumerated in the court's March 9, 2000 Memorandum
Opinion and Order on Dismissal.  Appellants have failed to show
that the district court erred in concluding that it lacked personal
jurisdiction over Defendant-Appellee.

AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

-1-